UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| STEVEN WAYNE BONILLA, | Case Nos. | 23-cv-5457-PJH |
| --- | --- | --- |
| Plaintiff, | | 23-cv-5515-PJH |
| | | 23-cv-5658-PJH |
| v. | | 23-cv-5659-PJH |
| | | 23-cv-5853-PJH |
| MONTEREY COUNTY SUPERIOR COURT et. al., | | 23-cv-5854-PJH |
| | | 23-cv-5855-PJH |
| Defendants. | | 23-cv-5856-PJH |
| | | 23-cv-5899-PJH |
| | | 23-cv-5900-PJH |
| | | 23-cv-5901-PJH |
| | | 23-cv-5965-PJH |
| | | 23-cv-5966-PJH |
| | | 23-cv-5967-PJH |
| | | 23-cv-5969-PJH |
| | | 23-cv-6056-PJH |
| | | 23-cv-6057-PJH |
| | | 23-cv-6058-PJH |

**JUDGMENTS**

Pursuant to the order of dismissal signed today these cases are dismissed with prejudice and closed.

**IT IS SO ORDERED.**

Dated: November 27, 2023

                                                    /s/ Phyllis J. Hamilton
PHYLLIS J. HAMILTON
United States District Judge